**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 19-CR-80169

**UNITED STATES OF AMERICA,**

vs.

**STEVEN KAHN,**

        **Defendant.**
_____/

**AGREED FACTUAL BASIS FOR GUILTY PLEA**

Beginning in or around January 2017 through in or around at least April 2019, Defendant STEVEN KAHN ("KAHN" or the "defendant") knowingly and willfully conspired and agreed with his co-conspirators to commit health care fraud and wire fraud, in violation of Title 18, United States Code, Section 1349.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee braces, back braces, shoulder braces, and wrist braces (collectively, "braces") that were medically necessary. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.



Nationwide Call Center, Inc. dba Luxury Lifestyles ("Nationwide"), Sunrise Medical Inc. ("Sunrise"), Sunrise Medical Marketing Inc. ("Sunrise Marketing"), STK Marketing, Inc. ("STK"), and RAS Marketing Services, Inc. ("RAS") (collectively, the "Sunrise Entities") were Florida corporations purportedly doing business in Pompano Beach, Florida. KAHN was the owner and operator of all of the Sunrise Entities, but disguised his ownership of RAS and Sunrise Marketing by opening them in the names of nominee owners.

The Sunrise Entities purported to function as telemedicine companies that treated patients, including Medicare beneficiaries, via telephone consultation. In practice, through the Sunrise Entities, KAHN knowingly and willfully conspired to pay kickbacks and bribes to physicians to sign doctors' orders for Medicare beneficiaries for braces that, as KAHN knew, were medically unnecessary or not eligible for reimbursement by Medicare. The Sunrise Entities and the physicians employed by the Sunrise Entities did not comply with Medicare's requirements, including but not limited to the requirement that physicians speak to patients through videoconferencing prior to signing a doctor's order for that patient. To obtain signed doctors' orders from physicians as quickly as possible, KAHN explicitly told the physicians employed by the Sunrise Entities not to speak with patients before prescribing braces, and KAHN knew that the physicians often did not speak to patients at all. Through the Sunrise Entities, KAHN sold these medically unnecessary signed doctors' orders to purported marketing companies and to DME companies, which, as KAHN knew, then submitted false and fraudulent claims to Medicare. KAHN diverted the fraudulent proceeds of this criminal activity for his personal use and benefit, the use and benefit of others, and to further the fraud.

Through the Sunrise Entities, KAHN caused the submission of false and fraudulent claims

to Medicare in the approximate amount of $39,423,220 for braces that were procured through the payment of kickbacks, medically unnecessary, and/or otherwise or not eligible for reimbursement by Medicare. Medicare paid approximately $21,243,917 on those claims.

KAHN was aware that the Sunrise Entities disguised the fraudulent nature of the business by executing sham contracts with purported marketing companies and DME companies that inaccurately described the services provided by the Sunrise Entities and by procuring a fraudulent legal opinion letter that falsely described the Sunrise Entities' business model.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 7/29/2020

By: _____
SARA CLINGAN
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 7/29/2020

By: _____ for Steven Kahn
STEVEN KAHN
DEFENDANT

Date: 7/29/2020

By: _____
BRUCE A. ZIMET, ESQ.
COUNSEL FOR DEFENDANT